**PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0339

Attorneys for Defendant, TARGET STORES, a Division
of TARGET CORPORATION, erroneously served and
sued herein as TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SYLVIA PINEDA, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, and DOES 1 THRU 100, Inclusive, <br><br> Defendants. | CASE NO. CV11-02748-DMG (SHx) <br><br> **ORDER TO REMAND CASE TO STATE COURT [19]** |

Based upon the stipulation of the parties, the case is hereby remanded to the Los Angeles Superior Court, South Central District in Compton, California.

IT IS SO ORDERED.

DATED: June 22, 2011

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

1
**[PROPOSED]** ORDER TO REMAND CASE TO STATE COURT